IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       )
                               )
                               )
        vs.                    )          CR 07-124
                               )
                               )
Richard Swartz

## ORDER OF COURT

AND NOW, to-wit, this _11_ day of February, 2008 upon consideration of

the Defendant's Motion for Leave to Travel Outside of the Jurisdiction, and the

consent thereto on the government's behalf, it is ORDERED, ADJUDGED and

DECREED that said motion is hereby GRANTED;

_____
GARY L. LANCASTER, JUDGE
UNITED STATES DISTRICT COURT

CC: All Counsel
US Marshal
US Pretrial Services