# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
)
vs. ) CR 07-124
)
)
Richard Swartz

## ORDER OF COURT

AND NOW, to-wit, this **6th** day of **Aug**, 2008, upon consideration of the within MOTION FOR LEAVE TO TRAVEL OUTSIDE OF THE WESTERN DISTRICT, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that said motion be **GRANTED**; thereby allowing defendant to travel outside the Western District to Austin, Texas from August 10, 2008 until August 11, 2008.

BY THE COURT:

/s/ Lancaster