IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-124 |
| ) | |
| RICHARD J. SWARTZ ) | |

## ORDER OF COURT

AND NOW, this 9th day of April, 2009, upon consideration of the Consent Motion to Continue Sentencing, IT IS HEREBY ORDERED that the motion is GRANTED and the sentencing in this case is rescheduled for Monday, June 29, 2009, at 10:30 A. M.

_____
United States District Court

cc: All Counsel
    U.S. Marshal
    U.S. Probation