IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNTIED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD SWARTZ, | ) Criminal No. 07-124 |
| | ) |
| Defendant. | ) |

ORDER OF COURT

AND NOW, this _____ day of _____, 2012, upon consideration of the Motion To Amend Judgment filed by Defendant, Richard Swartz, and IT IS ORDERED that said Motion is GRANTED and that this Honorable Court amend judgment to include a recommendation that the defendant be designated to FCI-Morgantown or any other facility near Pittsburgh, Pennsylvania.

_____ J.

AND NOW, THIS 9th DAY OF March, 12, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE